1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   U.S. EQUAL EMPLOYMENT          )   Case No.:  CV-07-05629 ABC (JCx)
     OPPORTUNITY COMMISSION,        )
12                                  )
                                    )
13               Plaintiff,         )   ~~[PROPOSED]~~ JUDGMENT
                                    )   AGAINST DEFENDANTS EAST
14        vs.                       )   CENTINELA VALLEY CARE
                                    )   CENTER, INC. AND WEST
15                                  )   CENTINELA VALLEY CARE
      EAST CENTINELA VALLEY CARE    )   CENTER, INC.
16   CENTER, INC., ET AL.,          )
                                    )
17                                  )
                 Defendant(s).      )
18                                  )
                                    )
19   ─────────────────────────────

20        In the Second Amended Complaint, Plaintiff alleges against Defendants East

21   Centinela Valley Care Center, Inc., West Centinela Valley Care Center, Inc.,

22   Centinela Skilled Nursing & Wellness Centre East, LLC, Centinela Skilled

23   Nursing & Wellness Centre West, LLC, and Eretz Centinela Nursing, LLC. that

24   since at least December 1, 2005, Defendants have engaged in unlawful

25   employment practices at its Inglewood, California facility, in violation of Section

26   703 of Title VII, 42 U.S.C. section 2000e-2, by subjecting Erma Payne to a

27   sexually harassing hostile environment.  The Second Amended Complaint further

28

1  alleges that the practices alleged deprived Erma Payne of equal employment

2  opportunities, were intentional, and were done with malice or with reckless

3  indifference to the federally protected rights of Erma Payne

4          Pursuant to the Stipulation of Plaintiff EEOC and Defendants East Centinela

5  Valley Care Center, Inc. and West Centinela Valley Care Center, Inc.; and good

6  cause having been shown:

7          1.      Judgment is entered in favor of Plaintiff EEOC and against

8  Defendants East Centinela Valley Care Center, Inc. and West Centinela Valley

9  Care Center, Inc. with respect to the Second Amended Complaint.

10         2.      Defendants are permanently enjoined from subjecting its employees to

11  a sexually hostile work environment in violation of Title VII.

12         3.      Defendants are permanently enjoined from subjecting its employees to

13  retaliation for engaging in protected activity under Title VII.

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1         4.    Because the EEOC is the only plaintiff in this action, the Court

2    awards damages to the EEOC on behalf of the Charging Party Erma Payne in the

3    amount of $50,000.

4

5

6    Dated: November 20, 2009

7    _____

8         The Honorable Audry B. Collins

9          United States District Court Judge

10

11   Respectfully Submitted,

12   U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION

13

14   BY:_____

15        Peter F. Laura
          Attorney for Plaintiff

16

17   Defendants East Centinela Valley Care Center, Inc.
     and West Centinela Valley Care Center, Inc.

18

19   BY:_____

20        Olivia A Burgos
          Attorneys for Defendants

21

22

23

24

25

26

27

28

-3-

1

PROOF OF SERVICE VIA ELECTRONIC FILING SYSTEM

2

3
I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

4
I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

5
My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 900l2.

6
On the date that this declaration was executed, as shown below, I served the foregoing  [PROPOSED JUDGMENT  via the Case Management/Electronic Case Filing (CM/ECF) system at Los Angeles, County of Los Angeles, California to:

7

8
Olivia A. Burgos
419 N. Larchmont Blvd.#64
Los Angeles, CA  90004

9
oliviaaburgos@gmail.com

10

11
I declare under penalty of perjury that the foregoing is true and correct.

12
Executed on May , 2009, at Los Angeles, California.

13

14
                                                                     /s/ Peter F. Laura
_____

15
PETER F. LAURA

16

17

18

19

20

21

22

23

24

25

26

27

28